Banks v. State, 56 Tex.Cr.R. 262, 119 S.W. 847; Pratt v. State, 53 Tex.Cr.R. 281, 109 S.W. 138; Miller v. State, 88 Tex.Cr.R. 77, 225 S.W. 382.

Being of the opinion that the testimony is not sufficient to warrant and sustain this conviction, the judgment of the trial court is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**POWELL v. STATE.**

No. 17949.

Court of Criminal Appeals of Texas.

Feb. 12, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for the theft of an automobile, punishment assessed at six years' confinement in the penitentiary.

The indictment properly charges the offense. The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.